```
JAMES DAL BON
CA BAR #157942
LAW OFFICES OF JAMES DAL BON
28 NORTH 1ST SUITE 210
SAN JOSE, CA 95113
TEL (408)297-4729
FAX (408)297-4728
```

ATTORNEY FOR PLAINTIFF

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

|   |   |
|---|---|
| ADELAIDO RODRIGUEZ | Case No: C08-01424 PVT |
|  | NOTICE OF VOLUNTARY DISMISSAL RULE OF FEDERAL CIVIL PROCEDURE 41(a)(1)(A)(i) |
| Plaintiffs, |  |
| vs. |  |
| BILIC ENTERPRISES, INC et. al., |  |
| Defendants, |  |

1)   The Plaintiff hereby dismisses the case under Federal Rule of Civil Procedure 41(a)(1)(A)(i), with prejudice.

\\\

\\\

Voluntary Dismissal - 1

1  Dated: 7/1/08

2
3  *[signature]*  Digitally signed by James Dal Bon
                  Date: 2008.07.01 12:28:22 -07'00'
4  _____

5  James Dal Bon for the Plaintiff

6  Law Offices of James Dal Bon